1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   JOSE REYES-MARTINEZ
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  No. 09-CR-282-EJG
                                    )
11                 Plaintiff,       )  STIPULATION AND ORDER
                                    )
12      v.                          )  Date:  August 21, 2009
                                    )  Time:  10:00 a.m.
13 JOSE REYES-MARTINEZ,             )  Judge: Hon. Edward J. Garcia
                                    )
14                 Defendant.       )
   _____ )
15

16      IT IS HEREBY STIPULATED by the parties, through counsel, Michael

17 D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Reyes-Martinez, that the Court should vacate the

19 status conference scheduled for August 21, 2009, at 10:00 a.m., and

20 reset it for September 25, 2009, at 10:00 a.m.

21      Counsel for Mr. Reyes-Martinez just received the Pre-Plea Advisory

22 Guideline Presentence Investigation Report.  Counsel requires the

23 continuance in order to review the report with Mr. Reyes-Martinez, and

24 to review a forthcoming plea offer from the government.

25      It is further stipulated by the parties that the Court should

26 exclude the period from the date of this order through September 25,

27

28 STIPULATION AND [PROPOSED ORDER]        1              09-CR-282-EJG

2009, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Reyes-Martinez's request for a continuance outweigh the best interest of the public and Mr. Reyes-Martinez in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: August 18, 2009                 Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys for Defendant


Dated: August 18, 2009                 LAWRENCE G. BROWN
                                       United States Attorney

                                       /s/ M.Petrik for Michael D. Anderson
                                           (consent via email)
                                       _____
                                       MICHAEL D. ANDERSON
                                       Assistant U.S. Attorney

                                    **ORDER**

    **IT IS SO ORDERED**.  The Court orders time excluded from the date of this order through the status conference on September 25, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).


DATED:___August 18, 2009               /s/ Edward J. Garcia_____ _____
                                       HON. EDWARD J. GARCIA
                                       United States District Judge


STIPULATION AND [PROPOSED ORDER]            2                    09-CR-282-EJG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28